BRADLEY S. PHILLIPS (SBN 85263)
brad.phillips@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

JOSHUA S. MELTZER (SBN 291641)
joshua.meltzer@mto.com
JOHN B. MAJOR (SBN 306416)
john.major@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

ANTHONY D. PRINCE (SBN 202892)
anthonyd.princelaw@yahoo.com
Law Offices of Anthony D. Prince
2425 Prince Street
Berkeley, CA 94705
Telephone: (510) 301-1472

MARK D. ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
GARY BLASI (SBN 70190)
gblasi@publiccounsel.org
ANNE RICHARDSON (SBN 151541)
arichardson@publiccounsel.org
ALISA HARTZ (SBN 285141)
ahartz@publiccounsel.org
PUBLIC COUNSEL LAW CENTER
610 S. Ardmore Avenue
Los Angeles, California 90005
Telephone:   (213) 385-2977
Facsimile:    (213) 385-9089

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RITA ACOSTA, BESSIE TAYLOR, VAN GRESHAM, CHERIE HERNANDEZ, JOHN LERMA, JOSEPH BLAINS, AND WILLIAM SILAS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SALINAS,<br><br>Defendant. | Case No. 15-CV-05415-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge:   Hon. Lucy H. Koh<br>Courtroom: 8<br><br>Hearing Date: March 3, 2016<br>Time: 1:30 p.m. |

Pursuant to Local Rule 6-2, Plaintiffs and Defendant hereby stipulate to this request that the Court enter an order extending Plaintiffs' time to file its reply to Defendant's Opposition to Motion for Preliminary Injunction (Dkt. 13) until January 19, 2016.  Good cause exists for the extension, no prior extensions have been granted in this case, and the extension should not affect the currently scheduled hearing date.

## RECITALS

1. Plaintiff filed its Motion for a Preliminary Injunction on December 22, 2015.  Dkt. 13.  The motion was served on Defendant City of Salinas by mail on the same day.  Dkt. 13-23.

2. Defendant's opposition would normally have been due two weeks later, on January 5, 2016.  But, because the motion for a preliminary injunction was served by mail, the parties conferred and agreed that Local Rule 7-3 granted Defendant an automatic three-day extension within which to file its opposition, making the opposition due on January 8, 2016.

3. On January 8, 2016, the parties entered into a stipulation in which Plaintiffs agreed not to move to advance the hearing date on the motion for a preliminary injunction to earlier than March 3, 2016.  In return, Defendant agreed not to enforce Ordinance No. 2564 or otherwise conduct cleanups prior to March 3, 2016.  Dkt. 19.

4. Defendant filed its opposition to the motion for a preliminary injunction on January 8, 2016.  Dkt. 17.  Pursuant to Local Rule 7-3(c), Plaintiffs' reply would be due on January 15, 2016.

5. On January 12, 2016, the parties conferred and agreed to request an order extending the time for Plaintiffs to file their reply to Defendant's opposition.  The parties agreed to an extension until January 19, 2016.

6. Good cause exists for the extension.  Defendant's opposition included a number of declarations and other evidence, and Plaintiffs are considering how to respond to that evidence.  Declaration of John B. Major ("Major Decl."), ¶ 2.

7. Neither Plaintiffs nor Defendant have previously requested an extension of time in this case.  Major Decl. ¶ 3.

8. The motion for a preliminary injunction is scheduled for hearing on March 3, 2016.  Even with the extension of time, the Court will have more than six weeks to review the complete

briefing in advance of the hearing, so the extension should not affect the currently scheduled hearing.  Major Decl. ¶ 4.

### STIPULATION

Pursuant to Local Rule 6-2, the parties hereby stipulate to a request for an order granting Plaintiffs a four-day extension, until January 19, 2016, within which to file their reply.  The hearing on the motion would remain as previously scheduled, on March 3, 2016, at 1:30 p.m.

DATED:  January 13, 2016          MUNGER, TOLLES & OLSON LLP
                                                        BRADLEY S. PHILLIPS
                                                        JOSHUA S. MELTZER
                                                        JOHN B. MAJOR

By: /s/ Bradley S. Phillips  JBM
     BRADLEY S. PHILLIPS
Attorneys for Plaintiffs

PUBLIC COUNSEL
    MARK ROSENBAUM
    GARY BLASI
    ANNE RICHARDSON
    ALISA HARTZ

By: /s/ Anne Richardson
    ANNE RICHARDSON
Attorneys for Plaintiffs

LAW OFFICES OF ANTHONY D. PRINCE
ANTHONY D. PRINCE

By: _____
ANTHONY D. PRINCE

CHRISTOPHER A. CALLIHAN
CITY ATTORNEY

By: _____
NATHANIEL L. DUNN
SENIOR DEPUTY CITY ATTORNEY
Attorney for Defendant
CITY OF SALINAS

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation to extend time for Plaintiffs to file their reply to Defendant's opposition, Plaintiffs' reply is now due on January 19, 2016.

IT IS SO ORDERED.

Dated: January 14, 2016

_Lucy H. Koh_
Judge Lucy H. Koh
United States District Judge