UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RITA ACOSTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SALINAS, <br><br> Defendant. | Case No. 15-CV-05415-LHK <br><br> **ORDER DIRECTING PLAINTIFFS TO RESPOND TO MOTION FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL** <br><br> Re: Dkt. No. 31 |

On February 11, 2016, Defendant filed an *ex parte* motion for leave to file supplementary material. ECF No. 31. Civil Local Rule 7-10, which governs *ex parte* motions, provides that "a party may file an *ex parte* motion . . . only if a statute, Federal Rule, local rule or Standing Order authorizes the filing of an *ex parte* motion." Civil L.R. 7-10. Moreover, the *ex parte* motion "must include a citation to the statute, rule or order which permits the use of an *ex parte* motion to obtain the relief sought." *Id.*

With respect to this requirement, Defendant's *ex parte* motion refers only to two Civil Local Rules: Civil Local Rule 7-3(d), which governs how supplementary material may be filed, and Civil Local Rule 7-11, which govern motions for administrative relief. ECF No. 31 at 1; Civil

1

Case No. 15-CV-05415-LHK
ORDER DIRECTING PLAINTIFFS TO RESPOND TO MOTION FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL

L.R. 7-3(d); Civil L.R. 7-11.  Importantly, neither Civil Local Rule 7-3(d) nor Civil Local Rule 7-11 "permits the use of an *ex parte* motion to obtain the relief sought."  Civil L.R. 7-10.

Accordingly, the Court shall treat Defendant's motion not as an *ex parte* motion, but as a motion for administrative relief.  Thus, pursuant to Civil Local Rule 7-11, the Court hereby ORDERS Plaintiffs to file a response to Defendant's motion by February 16, 2016, at 5:00 p.m.  *See* Civil L.R. 7-11(b) ("Any opposition to or support for a Motion for Administrative Relief . . . must be filed no later than 4 days after the motion has been filed."); Fed. R. Civ. P. 4(a)(1) ("[I]n computing any time period . . . count every day . . . but if the last day is a . . . legal holiday, the period continues to run until the end of the next day.").

**IT IS SO ORDERED.**

Dated: February 11, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-05415-LHK
ORDER DIRECTING PLAINTIFFS TO RESPOND TO MOTION FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL