UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RITA ACOSTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SALINAS, <br><br> Defendant. | Case No. 15-CV-05415-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney:  Anthony Prince
Defendant's Attorneys:  Vincent Hurley, Christopher Callihan, Anais Aquino

An initial case management conference was held on March 3, 2016. A further case management conference is set for June 8, 2016, at 2:00 p.m. The parties shall file one (1) joint case management statement by June 1, 2016.

At the case management conference, the Court made the following rulings on the record:
**AS-APPLIED CHALLENGE TO SALINAS CITY ORDINANCE 2567**
If Plaintiffs intend to proceed with an as-applied challenge to Salinas City Ordinance 2567, Plaintiffs shall file their motion by March 7, 2016. Defendant shall file a response by March 11, 2016. Given the time-sensitive nature of the issues in this action, no replies shall be filed. The motion shall be heard on March 17, 2016, at 4:00 p.m.

The hearing date and briefing schedule on Plaintiffs' motion are subject to change, depending on when Defendant provides notice that Plaintiffs' property will be removed from the Salinas Chinatown area pursuant to Ordinance 2567. Accordingly, Defendant is ordered to file a statement on when these notices will be issued by March 4, 2016, at 5:00 p.m. If Defendant has

1

Case No. 15-CV-05415-LHK
CASE MANAGEMENT ORDER

not yet decided when the notices will be issued by this March 4 deadline, Defendant shall file a statement of intent at the end of each subsequent business day until the notices are issued.

**ADDITIONAL COUNSEL**

New co-counsel for Plaintiffs shall file a notice of appearance by March 17, 2016. If new co-counsel does not file a notice of appearance by March 17, 2016, Plaintiffs' counsel shall file a statement informing the Court of when new co-counsel shall be added to this action.

**AMENDMENT OF PLEADINGS**

Plaintiffs shall provide to Defendant a proposed amended complaint by April 7, 2016. By April 14, 2016, Defendant shall inform Plaintiffs as to whether Defendant will stipulate to the filing of Plaintiffs' proposed amended complaint. If Defendant declines to so stipulate, Plaintiffs shall file a motion for leave to amend the complaint by April 21, 2016.

**SETTLEMENT**

The parties are ordered to hold face-to-face direct settlement discussions by March 7, 2016. By March 8, 2016, the parties shall file a joint settlement status update.

In addition, the parties are hereby referred to a settlement conference with Magistrate Judge Paul Grewal, to be held by June 3, 2016. The parties are encouraged to contact Judge Grewal's Courtroom Deputy, Oscar Rivera (408-535-5378; oscar_rivera@cand.uscourts.gov), as soon as possible in order to schedule a settlement conference date. If, after learning of Judge Grewal's availability, the parties seek an earlier settlement conference date, the parties shall immediately notify the Court.

**DISCOVERY**

Plaintiffs shall provide an updated and complete set of initial disclosures to Defendant by March 4, 2016. Plaintiffs shall produce an initial set of documents to Defendant by March 14, 2016.

In addition, the parties are subject to the discovery limits set forth in the Federal Rules of Civil Procedure, with the exception that each side may take up to 20 depositions.

**CASE SCHEDULING**

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Deadline for Plaintiffs to Provide Initial Disclosures | March 4, 2016 |
| Deadline for Defendant to Provide Statement on When Notices Will be Issued | March 4, 2016, at 5:00 p.m. |
| Deadline to Hold Face-to-Face Settlement Discussions | March 7, 2016 |
| Deadline to File As-Applied Challenge to Ordinance 2567 | **Motion:** March 7, 2016<br>**Opp'n:** March 11, 2016 |
| Deadline for Plaintiffs to Provide Initial Document Production | March 14, 2016 |

| Hearing on As-Applied Challenge to Ordinance 2567 | March 17, 2016, at 4:00 p.m.[1] |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | April 21, 2016 |
| Deadline to Complete Settlement Conference before Magistrate Judge | June 3, 2016 |
| Last Day to File Motion for Class Certification | **Motion:** September 1, 2016<br>**Opp'n:** September 22, 2016<br>**Reply:** October 13, 2016 |
| Hearing on Motion for Class Certification | November 3, 2016, at 1:30 p.m. |
| Close of Fact and Expert Discovery | January 5, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | **Motion:** January 19, 2017<br>**Opp'n:** February 9, 2017<br>**Reply:** February 23, 2017 |
| Hearing on Dispositive Motions | March 16, 2017, at 1:30 p.m. |
| Final Pretrial Conference | May 11, 2017, at 1:30 p.m. |
| Jury Trial | June 5, 2017, at 9:00 a.m. |
| Length of Trial | 14 days |

**IT IS SO ORDERED.**

Dated:  March 3, 2016

_____
LUCY H. KOH
United States District Judge

---

[1] Hearing date and briefing schedule are subject to change.

3
Case No. 15-CV-05415-LHK
CASE MANAGEMENT ORDER