UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RITA ACOSTA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SALINAS,<br><br>    Defendant. | Case No. 15-CV-05415-LHK<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

U.S. Magistrate Judge Paul Grewal has indicated that he is available for a settlement conference on March 9, 2016, at 10:00 a.m.  The parties shall contact Judge Grewal's Courtroom Deputy, Oscar Rivera (oscar_rivera@cand.uscourts.gov), by March 4, 2016, at 5:00 p.m., to confirm whether they can participate in a March 9, 2016 settlement conference.

**IT IS SO ORDERED.**

Dated:  March 4, 2016

_____
LUCY H. KOH
United States District Judge