UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA ACOSTA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SALINAS,<br><br>　　　　　Defendant. | Case No. 15-cv-05415 NC<br><br>**ORDER PROHIBITING FURTHER BRIEFING ON PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 72, 88, 89 |

The briefing on plaintiff Acosta's ex parte motion for a temporary restraining order is now complete. Both parties are notified that no more briefing or declarations will be accepted without advance approval by the Court.

**IT IS SO ORDERED.**

Dated: March 30, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 15-cv-05415 NC